BRENDA H. ENTZMINGER
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jessica Valdez, Individually,<br><br>    Plaintiff,<br><br>v.<br><br>Wal-Mart Stores, Inc.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>    Defendants. | Case No.: 2:15-cv-00852-LDG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 3rd day of September, 2015.        DATED this 3rd day of September, 2015.

**BERNSTEIN & POISSON**                        **PHILLIPS, SPALLAS & ANGSTADT**

_____                #13746
Jessica M. Munoz, Esq.                         _____
Erik A. Bronson, Esq.                          Brenda H. Entzminger
700 S. Jones Blvd.                             504 South Ninth Street
Las Vegas, Nevada 89107                        Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                      *Attorneys for Defendant*
*Jessica Valdez*                               *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 14th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE